UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL VEGA-TINOCO,<br><br>               Petitioner,<br><br>    v.<br><br>J. JOHNSON, et al.,<br><br>               Respondents. | Case No. 5:26-cv-02256-SRM (AS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE [14]** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, the attached Report and Recommendation of United States Magistrate Judge, to which no objections were filed and the time to do so has passed. *See* Dkt. 13. Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

**IT IS ORDERED** that Judgment be entered granting the Petition, and enjoining Respondents from continuing to detain Petitioner unless he is provided a bond hearing before an immigration judge within **seven (7) days** at which the

government must bear the burden to prove by clear and convincing evidence that Petitioner poses a flight risk or danger to the community.

**IT IS FURTHER ORDERED** that Respondents file a status report within **eight (8) days** advising the Court whether Petitioner has received a bond hearing, the outcome of the bond hearing, and Respondents' compliance with the Court's Order.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 28, 2026

_____
HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE

2