JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MIGUEL VEGA-TINOCO,

                Petitioner,

    v.

J. JOHNSON, et al.,

                Respondents.

Case No. 5:26-cv-02256-SRM (AS)

**JUDGMENT**

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is **GRANTED**.

DATED: May 28, 2026

_____
HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE